UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

DAVID'S BRIDAL, INC. and DBD, INC.  :

      Plaintiffs  :

v.  :      Civil Action No. 11 Civ.7926 (DLC)

DAVIBRIDAL.COM et al.  :      AFFIDAVIT IN SUPPORT OF
      MOTION FOR EXTENSION
:      OF TIME ON BEHALF OF
      READMOB TECHNOLOGIES

:

      Defendants  :
-----------------------------------------------------------------

STATE OF NEW YORK  )
    ) ss.:
COUNTY OF NEW YORK  )

BERNICE K. LEBER, being sworn, deposes and says:

1. I am a partner of Arent Fox LLP, attorneys for Readmob Technologies (HK) Limited, a Chinese company based in Hong Kong. Readmob owns a website called www.jjhouse.com. The website is a named defendant.

2. I have personal knowledge of the facts stated in this affidavit.

3. I make this affidavit in support of the motion by Readmob for an Order pursuant to Fed. R. Civ. P. 6(b) for an extension of time of within which to answer or move with respect to the First Amended Complaint to and including April 20, 2012, and to oppose the order to show cause dated March 16, 2012, for entry of a default judgment and permanent injunction (the "Motion") for the following reasons:

4. This action involves more the 50 named defendants. Plaintiff alleges among other things, trademark infringement, trademark counterfeiting, unfair competition, cybersquatting and deceptive trade practices of the certain marks owned by the Plaintiff.

5. Arent Fox was retained three days ago, on March 26, 2012 to represent one of the 50+ named defendants.

6. As new counsel, we have just begun obtaining the facts necessary so as to enable us to respond to the Amended Complaint. Readmob's location in Hong Kong, some 13 hours ahead of us, poses additional challenges.

7. Thus far, we understand Readmob did not learn about the existence of the Motion and the First Amended Complaint <u>until March 21, 2012, seven days ago</u>. Accordingly, the time to answer or respond was not expired. This action is in its nascent stages. We respectfully request three weeks in order to ascertain facts concerning the underlying allegations, as well as, inter alia, whether www.jjshouse.com was the proper party to be sued.

## EFFORTS TO OBTAIN EXTENSION FROM COUNSEL

8. Given the time constraints we are under, we reached out to Plaintiff's counsel two days ago, in order to request a short extension of time and discuss settlement.

9. Yesterday, Plaintiff's counsel, Lisa Reppert, stated that she is not opposed to the relief sought, but first wanted to review the within motion.

10. Given the impending hearing on the Motion scheduled for tomorrow at noon, in an exercise of caution we are filing these papers today.

11. No prior request for this or similar relief has been requested.

12. Under Rule 6(b) of the Federal Rules of Civil Procedure "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (a) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…" Fed. R. Civ. P. 6(b)(1)(A).

13. Our client would suffer enormous prejudice were a default judgment entered against it without its having an opportunity to defend this action.

14. For good cause shown above, I therefore respectfully ask the Court to grant a short extension of time, to and including April 20, 2012, in order to enable counsel to respond or otherwise move with respect to the First Amended Complaint and oppose the entry of default judgment and related relief that is returnable tomorrow.

_____
BERNICE K. LEBER

Sworn to before me this
29th day of March, 2012

_____
Notary Public

JULIA LEIGH MITAROTO[N]
Notary Public, State of N[Y]
No. 01MI6245505
Qualified in New York C[ounty]
Commission Expires July 25, 2015